UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RAHEEM PRESTON,                              :

                Plaintiff,             :        **ORDER**

       - against -                          :        08 Civ. 9295 (RJS)(FM)

THE CITY OF NEW YORK, et al.,                :

                Defendants.           :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the telephone conference held today, it is hereby ORDERED that:

1. By October 30, 2009, Defendants shall produce all documents responsive to Plaintiff's requests, Local Civil Rule 33.2, and the Court's standing discovery requests for use of force cases, including but not limited to Plaintiff's medical records, all color pictures related to the incident, all video recordings related to the incident, and any medical records related to any medical treatment individual defendants received as a result of the incident.

2. All discovery shall be completed by November 30, 2009.

3. A further telephone conference shall be held on November 20, 2009 at 10 a.m. Mr. Myerberg shall initiate the conference by calling Chambers at (212) 805-6727.

       SO ORDERED.

Dated:     New York, New York
             October 7, 2009

                                                   FRANK MAAS
                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/09

Copies to:

Hon. Richard J. Sullivan
United States District Judge

Raheem Preston
07-A-3869
Five Points Correctional Facility
P.O. Box 119
Romulus, New York 14541
[By First Class Mail]

Andrew Myerberg, Esq.
Assistant Corporation Counsel
Fax: (212) 788-9776

James G. Frankie, Esq.
Fax: (516) 742 6875